UNITED STATES of America, Plaintiff–Appellee,

v.

Ruben PERRALTA–ORTIZ, also known as Tony Peralta, Defendant–Appellant.

No. 14–10462
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 21, 2015.

James Wesley Hendrix, Paul Lee Yanowitch, Assistant U.S. Attorneys, U.S. At-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

torney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Douglas Anthony Morris, Esq., Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Ruben Perralta–Ortiz, Seagoville, TX, pro se.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ruben Perralta–Ortiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Perralta–Ortiz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Perralta–Ortiz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.